665 A.2d 1104

NATHAN CONKLIN, ET AL. v. HANNOCH WEISMAN, P.C. AND CARLETON R. KEMPH.

September 8, 1995.

### ORDER

Leave to appeal (M–6) is granted.

665 A.2d 1104

IN THE MATTER OF THE LIQUIDATION OF INTEGRITY INSURANCE COMPANY.

September 8, 1995.

### ORDER

Leave to appeal (M–33) is granted.

665 A.2d 1104

MARTIN GLENNON, INC. v. FIRST FIDELITY BANK, N.A. AND LIVIO RUSSO, ET AL.

September 15, 1995.

### ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.